# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2935
LT Case No. 59-2025-CP-715

_____

FORREST WILLARD,

    Appellant,

    v.

ROBERT A. KOLARITS, as
Personal Representative of The
Estate of Julius Stephen
Kolarits

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Seminole County.
John David Galluzzo, Judge.

Brandon Tyson, of Tyson Law Firm, LLC, Winter Park, for
Appellant.

H. Kyle Fletcher, Jr. of Fletcher Law Firm, P.A., Oviedo, for
Appellee.

June 9, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————